The People *ex rel.* Leroy Macklin, Relator-Appellant, *v.* Richard Elrod, Sheriff of Cook County, Respondent-Appellee.

(No. 58566;

First District (1st Division)—October 29, 1973.

PER CURIAM.

EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago (J. Powers McGuire, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.